[No. 54314-8-I.   Division One.   April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICEO RAFAEL BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01620-5, John P. Erlick, J., entered May 10, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54369-5-I.   Division One.   April 18, 2005.]

JERRY JOHNSON, *as President, Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-00039-1, Michael F. Moynihan, J., entered May 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 54459-4-I.   Division One.   April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY GENE HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01107-4, Stephen J. Dwyer, J. Pro Tem., entered May 28, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54530-2-I.   Division One.   April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL F. TADESE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-04828-5, LeRoy McCullough, J., entered July 28, 2004. *Affirmed* by unpublished per curiam opinion.